MINUTE ENTRY          10:45 a.m.

UNITED STATES OF AMERICA -v- MONESSA P. NAUTA

PRESENT: HON. ALEX R. MUNSON, JUDGE PRESIDING
  SANAE N. SHMULL, COURT REPORTER
  K. LYNN LEMIEUX, COURTROOM DEPUTY
  JAMIE BOWERS, ASSISTANT U.S. ATTORNEY
  LOREN SUTTON, ATTORNEY FOR DEFENDANT (Court-appointed)
  MONESSA P. NAUTA, DEFENDANT

PROCEEDINGS: WAIVER OF INDICTMENT AND ENTRY OF PLEA

Defendant appeared with counsel, Attorney Loren Sutton. Government was represented by Jamie Bowers, AUSA. Also present was U.S. Probation Officer, Margarita Wonenberg.

Defendant was sworn and examined as to her health, state of mind, understanding of the charges in the Information and her constitutional rights.

Defendant stated that she wished to waive the indictment and enter a plea to the charges in the information. The defendant and her counsel signed the waiver. Court stated that the waiver was knowingly, voluntarily, and intelligently made and therefore was accepted by the Court.

Defendant waived reading of the information and entered a plea of GUILTY. Court accepted defendant's plea of guilty and the plea agreement. Court ordered that sentencing be scheduled for Tuesday, July 5, 2005 at 9:00 a.m. That presentence investigation report shall be due May 31, 2005.

Government had no objection to the defendant being at liberty with unsecured bond and minimal supervision. Court ordered the defendant released under the following conditions:

1. That the defendant post a $25,000 unsecured bond;

2. That the defendant shall submit to pretrial services supervision under the direction of the United State Probation Office;

3. That the defendant must not leave the Commonwealth without written approval of the Court;

4. That the defendant not break any federal, state, or local laws:

5. That the defendant not move from her residence without first contacting her counsel, the U.S. Probation Office, the Court and the U.S. Marshal;

6. That the defendant shall refrain from use or unlawful possession of a narcotic drug or other controlled substances unless prescribed by a licensed medical practitioner;

8. That the defendant shall refrain from possessing a firearm, destructive device, or other dangerous weapon and shall not have these at her residence;

9. That the defendant shall refrain from the use of any alcohol; and

10.  That the defendant shall submit to any method of testing required by the pretrial services office or the supervising officer for determining whether the defendant is using a prohibited substance.  Such methods may be used with random frequency and include urine testing, the earing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing.

 Defendant was remanded into the custody of the U.S. Marshal for processing and ordered to go directly to the Clerk's Office to process the necessary paperwork.

    Adj. at 11:25 a.m.


;    [KLL EOD 04/01/2005]