AO83   (Rev. 12/85) Summons in a Criminal Case

FILED
Clerk
District Court

DEC 26 2007

# United States District Court

District of the Northern Mariana Islands

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES OF AMERICA
V.

MONESSA P. NAUTA

**SUMMONS IN A CRIMINAL CASE**

CASE NUMBER: CR-05-00013-001

(Name and Address of Defendant)

**YOU ARE HEREBY SUMMONED** to appear before the United States District Court at the place, date and time set forth below.

| | | |
|---|---|---|
| Place: | United States District Court<br>District of the Northern Mariana Islands<br>1st Floor, Horiguchi Building<br>Beach Road, Garapan<br>Saipan, MP 96950 | Room<br>101 |
| | | Date and Time<br>Thursday, January 3, 2008<br>at 9:00 a.m. |
| Before: | Honorable, Alex R. Munson, Chief Judge | |

To answer a(n)
☐ Indictment   ☐ Information   ☐ Complaint   ☑ Violation Notice   ☐ Probation Violation Petition

Charging you with a violation of Title ___18___ United States Code, Section(s) ___3583(d)___

Brief description of offense:

| Violation Number: | Nature of Violation: |
|---|---|
| Standard Condition #1 | Failure to follow instructions of the probation officer. |
| Special Condition #1 | Failure to participate in a program approved by the U.S. Probation Office for substance abuse, which program may include testing to determine whether she has reverted to the use of drugs or alcohol. |
| Special Condition #2 | Failure to prepare a six-page paper on the dangers of methamphetamine, which shall be due to the probation officer on December 17, 2007. The defendant shall then present her paper to the probation officer. |

_____
Signature of Issuing Officer

Alex R. Munson, Chief Judge
Name and Title of Issuing Officer

12/26/2007
Date

**RECEIVED**

DEC 26 2007

US MARSHALS SERVICE-CNMI

≈AO83        (Rev. 12/85) Summons in a Criminal Case

| RETURN OF SERVICE |
|---|
| Service was made by me on:¹ CIDUSM CALVERT    Date 12-27-07 |
| Check one box below to indicate appropriate method of service |

☒ Served personally upon the defendant at: <u>LAST KNOWN MAILING ADDRESS BY USPS</u>
<u>PO BOX 5617 CHRD, SAIPAN MP 96950 / NO PHYSICAL ADDRESS KNOWN</u>

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address.
Name of person with whom the summons was left: _____

☐ Returned unexecuted: _____

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on  <u>12-28-2007</u>           <u>JOAQUIN SALAS CDUSM D/GU &D/NMI</u>
                Date                    Name of United States Marshal  *ACTING*
                                        <u>WOLFGANG M. CALVERT</u>
                                        (by) Deputy United States Marshal

Remarks:

   12-26-07 CALLED LAST KNOWN TEL # 670-322-5025
   RECIEVED RECORDING THAT LINE WAS DISCONNECTED.

   12-27-07 MAILED COPIES OF SUMMONS & PETITION FOR OFFENDER
   UNDER SUPERVISION TO APPEAR BEFORE THE COURT.

¹ As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.