# MINUTES OF THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

CR-05-00013-001                              January 3, 2008
                                             9:05 a.m.

### UNITED STATES OF AMERICA -v- MONESSA P. NAUTA

PRESENT:   HON. ALEX R. MUNSON, JUDGE PRESIDING
           K. LYNN LEMIEUX, COURTROOM DEPUTY
           FAYE CROZAT, COURT REPORTER
           BEVERLY MC CALLUM, ASSISTANT U.S. ATTORNEY
           LOREN SUTTON, ATTORNEY FOR DEFENDANT
           MONESSA P. NAUTA, DEFENDANT

PROCEEDINGS: VIOLATION HEARING

Defendant appeared with court appointed counsel, Attorney Loren Sutton. Government was represented by Beverly McCallum, AUSA. Also present was U. S. Probation Officer, Melinda Brunson.

Attorney Sutton reported to the Court that the defendant was outside in a vehicle and was not able to walk into the Courtroom because she said she wasn't feeling well. Court ordered that a Bench Warrant be issued for her arrest.

U.S. Marshal Don Hall announced to the Court that he would take a chair with wheels out to the vehicle and roll her in to the Courtroom; if the Court would permit. Court so ordered.

Vanessa Nauta was rolled into the Courtroom. Attorney Sutton stated that he needed a few minutes to talk with his client.

Court recessed at 9:10 a.m. and reconvened at 9:35 a.m.

Court reviewed the violation report with the defendant. **Defendant admitted the violations**.

Government recommended incarceration of thirty days with 2 years supervised released. Defense argued on behalf of the defendant.

Court, after hearing argument, ordered that Monessa Nauta's supervised release be **REVOKED** and sentenced her to a term of **imprisonment of 30 days**. Further, Court ordered that upon release from imprisonment, the defendant would be placed on supervised release for a term of **30 days** with the following conditions:

1. The defendant not commit another federal, state, or local crime;
2. The defendant not possess, use, distribute, or administer any controlled

        substances and that she shall submit to one urinalysis 15 days after release from imprisonment and to two more urinalysis thereafter, not to exceed eight drug tests per month at the direction of the U.S. Probation Office;

3. The defendant shall comply with the standard conditions of supervised release as set forth by this Court;

4. The defendant shall be prohibited from possessing a firearm or other dangerous weapon, as defined by federal, state, or local law, and shall not have such weapons as her residence;

5. The defendant shall notify the Court of any material change in her economic circumstances that might affect her ability to pay restitution;

6. The defendant is prohibited from incurring new credit charges or opening additional lines of credit without prior approval of the probation officer;

7. The defendant shall provide the probation officer with access to any requested financial information;

8. The defendant participate in a program approved by the United States Probation Office for substance abuse, which program may include testing to determine whether she has reverted to the use of drugs;

9. The defendant obtain and maintain gainful employment;

10. The defendant shall pay restitution to the victim as ordered in the original judgement filed with the Court on June 21, 2005; and,

11. The defendant shall prepare a six-page paper on the dangers of methamphetamine, which shall be due to the probation officer on February 25, 2008. She will then present her paper to the probation officer.

Defendant was advised that she had ten days in which to make an appeal on this sentencing. Further, she was advised, that if she could not afford counsel, that court would appoint counsel for her defense.

Defendant was remanded into the custody of the U.S. Marshal. Further, Court ordered that the U.S. Marshal see to it that her medical condition be evaluated.

                                Adj. at 9:45 a.m.

                                /s/ K. Lynn Lemieux, Courtroom Deputy