PROB 12A
(7/93)

# United States District Court

for

### District of the Northern Mariana Islands

F I L E D
Clerk
District Court

FEB 20 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

## Report on Offender Under Supervision

| | | | |
|---|---|---|---|
| Name of Offender: | Monessa P. Nauta | Case Number: | CR 05-00013-001 |

Name of Sentencing Judicial Officer:    Alex R. Munson

Date of Original Sentence:    June 21, 2005

Original Offense:    <u>Count 1</u> - Conspiracy to Commit Bank Fraud, 18 U.S.C. §§ 371 and 1344(1)

Original Sentence:    Four years probation with the following conditions: that she not commit another federal, state, or local crime; not unlawfully possess a controlled substance and refrain from any unlawful use of a controlled substance; submit to one drug test within 15 days after sentencing and at least two periodic tests thereafter; submit to the collection of a DNA sample at the direction of the U.S. Probation Office; comply with the standard conditions of probation as set forth by the U.S. Sentencing Commission and codified under 18 U.S.C. § 3563; be prohibited from possessing a firearm or other dangerous weapon and shall not have such weapon at her residence; notify the court of any material change in her economic circumstances that might affect her ability to pay restitution; be prohibited from incurring new credit charges or opening additional lines of credit without prior approval of the probation officer; provide the probation officer access to any requested financial information; participate in a program approved by the U.S. Probation Office for substance abuse, which program may include testing to determine whether she has reverted to the use of drugs or alcohol; also make co-payment for the program at a rate to be determined by the U.S. Probation Office; refrain from the use of all alcoholic beverages; obtain and maintain gainful employment; perform 200 hours of community service under the direction of the U.S. Probation Office; and pay a $100 special assessment fee and $32,454.78 in restitution to Bank Pacific. **Modified on March 3, 2006** to include that she submit to a maximum of eight drug tests per month at the direction of the U.S. Probation Office. **Modified on December 3, 2007** in include that she prepare a six-page paper on the dangers of methamphetamine, which shall be due to the probation officer on December 17, 2007, and she will then present her paper to the probation officer. **Revoked on January 3, 2008** for 30 days with two years of supervised release to follow. Paper on the dangers of methamphetamine due to probation officer on February 25, 2008.

Type of Supervision:   Supervised Release          Date Supervision Commenced:   January 31, 2008

---

### NONCOMPLIANCE SUMMARY

| <u>Violation Number</u> | <u>Nature of Noncompliance</u> |
|---|---|
| Violation #1 | The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons. |
| Violation #2 | The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer. |

Report on Offender
Under Supervision

page 2

On Thursday, January 31, 2008, Ms. Nauta was released from the Department of Corrections after serving a 30 day term of imprisonment for violating her probation. She called this Officer on the day of her release and asked if she could wait until the following Monday to report in person to the U.S. Probation Office because she wanted to spend time with her family. This officer denied that request and instructed her to report the following day, Friday, February 1, 2008. Ms. Nauta failed to report as instructed. Ms. Nauta called this officer during the afternoon of the following Tuesday, February 5, 2008, and stated that she was running personal errands, but she would be at the probation office within a short period of time. She did not report and did not call to explain her failure to report. On Wednesday, February 6, 2008, this officer called Ms. Nauta's residence and spoke to her mother, who reported that Ms. Nauta was out doing her laundry. A message was left for Ms. Nauta to contact this officer immediately. After two more days of no contact, this officer drove to Ms. Nauta's residence and left a note on her door informing her that she was in non-compliance with the conditions of her supervised released and instructed her to report to this officer at 9:00 am on Monday, February 11, 2008.

On Monday, February 11, 2008, Ms. Nauta called at approximately 8:45am and explained that she did not have transportation to the probation office but she would find a way to get there by the afternoon. She subsequently reported to the office at 3:30 in the afternoon. Ms. Nauta was strongly admonished for her violations and warned that continuation of her behavior may result in the revocation of her supervised release. She apologized and promised that such actions would not occur again in the future. Ms. Nauta submitted to a drug test, which was negative for illicit substances. She was referred to Marianas Psychiatric Services for drug testing and counseling. Additionally, she was informed that Bank Pacific and the U.S. Attorney's Office Financial Litigation Unit are working together to correct her restitution balance with the U.S. District Court, which should reflect an approximately $31,000 credit from the foreclosure of her mother's property in 2005.

At this time, the probation officer requests that no action be taken against Ms. Nauta. Future violations will immediately be reported to the court.

Reviewed by:

CARMEN D. O'MALLAN

U.S. Probation Officer Specialist
Supervision Unit Leader

Date:   February 14, 2008

Respectfully submitted,

by: MELINDA N. BRUNSON

U.S. Probation Officer

Date:   February 14, 2008

*No Response is necessary unless the court directs that additional action be taken as follows:*

☐  Submit a Request for Modifying the Condition of Term of Supervision

☐  Submit a Request for Warrant or Summons

☒  Other   No action to be taken.

HON. ALEX R. MUNSON
Chief Judge
District of the Northern Mariana Islands

2-20-08
Date