**NAUTA_M.pet**

LEONARDO M. RAPADAS
United States Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
JESSICA F. CRUZ
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorney's for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 05-00013 |
| Plaintiff, ) | |
| v. ) | PETITION FOR CREDIT OF PAYMENT |
| MONESSA P. NAUTA, ) | |
| Defendant. ) | |

PETITION

COMES NOW the United States of America, by and through its undersigned counsel, and respectfully petitions this Court for the entry of an order for the Clerk's Office to credit payments received in <u>BankPacific vs. Paz Jiro, et al.</u>, Civil Case No. 04-0157A (hereinafter referred to as <u>BankPacific vs. Jiro</u>) and in support hereof, states as follows:

1.  On June 21, 2005, sentence was imposed by this Court against Defendant MONESSA P. NAUTA (hereinafter referred to as "Defendant NAUTA") and among other things, restitution in the amount of $32,454.78 was ordered, all of which is owed to BankPacific (less payment previously made in CNMI Superior court, CV-04-0157A). See Attachment "A."

//

2. On January 23, 2008, our office received confirmation from BankPacific initiated default and foreclosure proceedings in CV-04-0157A and they foreclosed on the property on June 6, 2005. The total amount received by BankPacific on the foreclosure was $31,559.79. See Attachment "B."

3. Plaintiff respectfully requests that the Clerk's Office of the U.S. District Court for the Northern Mariana Islands credit the amount of $31,559.79 paid in <u>BankPaicific vs. Jiro</u>, CV 04-0157A, towards the restitution obligation of defendant and the amount owed to BankPacific.

DATED this 25th day of February, 2008.

                                          LEONARDO M. RAPADAS
                                        United States Attorney
                                        Districts of Guam and the NMI

By: /s/ Mikel W. Schwab
      MIKEL W. SCHWAB
      Assistant U.S. Attorney
      mikel.schwab@usdoj.gov
      JESSICA F. CRUZ
      Assistant U.S. Attorney
      Jessica.F.Cruz@usdoj.gov

AGREE AS TO FORM AND SUBSTANCE:


ROSSANNA VILLAGOMEZ-AGUON
Chief Probation Officer
Districts of Guam and the NMI


By: /s/ Melinda Brunson
      MELINDA BRUNSON
      U.S. Probation Officer

2. On January 23, 2008, our office received confirmation from BankPacific initiated default and foreclosure proceedings in CV-04-0157A and they foreclosed on the property on June 6, 2005. The total amount received by BankPacific on the foreclosure was $31,559.79. See Attachment "B."

3. Plaintiff respectfully requests that the Clerk's Office of the U.S. District Court for the Northern Mariana Islands credit the amount of $31,559.79 paid in <u>BankPaicific vs. Jiro</u>, CV 04-0157A, towards the restitution obligation of defendant and the amount owed to BankPacific.

DATED this 25th day of February, 2008.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and the NMI

By: _____
MIKEL W. SCHWAB
Assistant U.S. Attorney
mikel.schwab@usdoj.gov
JESSICA F. CRUZ
Assistant U.S. Attorney
Jessica.F.Cruz@usdoj.gov

AGREE AS TO FORM AND SUBSTANCE:

ROSSANNA VILLAGOMEZ-AGUON
Chief Probation Officer
Districts of Guam and the NMI

By: _____
MELINDA BRUNSON
U.S. Probation Officer

- 2 -