**BankPacific**
*Where Others Put Branches, We Place Roots.*

September 11, 2007

Leonardo M. Rapadas
United States Attorney
District of Guam and the NMI
Sirena Plaza Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910

RE: BankPacific vs. Paz Jiro, et al., Civil Case no. 04-0157A

Dear Mr. Rapadas:

Mr. Mark Fish, Executive Vice President of BankPacific, Ltd., has requested that I respond to your inquiry into the above-referenced civil case.

The defendant, Monessa P. Nauta, secured a loan to pay off the debt she owed to the bank. She made two payments of $489.38 each on May 15, 2003 and June 12, 2003. When no further payments were made, the defendant renegotiated with the bank and took out a secured loan using vacant land as collateral for the debt. No additional payments were ever made on this second loan, and the bank initiated default and foreclosure proceedings against the defendants. The bank subsequently foreclosed on the property on June 6, 2005.

I hope this information is sufficient to udate your records. If you have additional questions, please feel free to contact me at (671)479-1188 or via email at dianes@bankpacific.com.

Sincerely,

M. Diane Shjegstad
SVP, Compliance & Security Officer


cc:   Nauta File



151 Aspinall Avenue          Tel: (671) 479-1188       dianes@bankpacific.com
Hagåtña, Guam 96910          Fax: (671) 477-1483       bankpacific.com

                                                       Member FDIC

BANKPACIFIC

File  Edit  Functions  Help

**BANKPACIFIC**  8/30/07  14:24:03

Transaction History Inquiry

Account Number   Short Name  NAUTA, MONESSA P

| Effect | Code | Description | Tran | Interest | Principal | Late | Escrow | Fee/Oth |
|---|---|---|---|---|---|---|---|---|
| 6/06/2005 | 19 | FORECLOSURE | 31559.79 | 5920.86 | 25638.93 | .00 | .00 | |
| 1/27/2004 | 900 | ATTNY FEES | 321.52 | .00 | 321.52 | .00 | .00 | |
| 1/06/2004 | 900 | PRINCIPAL INC | 400.00 | .00 | 400.00 | .00 | .00 | |
| 8/14/2003 | 42 | ALLOC FR LN P | 1562.59 | .00 | 1562.59 | .00 | .00 | |
| 7/11/2003 | 54 | New Loan | 26500.00 | .00 | 26500.00 | .00 | .00 | |

Select

**BANKPACIFIC** — File Edit Functions Help

## BANKPACIFIC

8/30/07    14:22:12

Loan Information Inquiry

| | | | |
|---|---|---|---|
| Account Nbr | [redacted] *Notes* | Short Name | NAUTA, MONESSA P |
| Branch Nbr | 005 BANKPACIFIC | Primary Officer JZA | JOHN Z ARRO |
| Application | IL Installment | Second Officer MOF | MARK O FISH |

**Balances**
| | |
|---|---|
| Loan Amt | 22,000.00 |
| Curr Prin | .00 |
| Tot Draws | 22,000.00 |
| Available | .00 |
| Payoff | .00 |
| Escrow | .00 |
| Reg Pmt | 469.36 |
| Total Due | .00 |
| Late Chgs | .00 |

**Dates**
| | |
|---|---|
| Curr Note | 4/02/2003 |
| Advance | |
| Curr Mty | 4/02/2004 |
| Closed | 8/05/2003 |
| Last Pmt | 8/05/2003 |
| Int-Pd-To | 8/05/2003 |
| Prn-Pd-To | 8/05/2003 |
| Next Due | 7/02/2003 |
| Next Risk | |

**Codes**
| | | |
|---|---|---|
| Status | C | Closed |
| Sys Type | 1 | Note |
| Dmd Flag | | No Demand Fe |
| Year Base | 3 | Act/360 |
| G/L Type | 01 | UNSECURED |
| Pay Split | 2 | Collect as b |
| Tran Hold | | Blank - No H |
| Purpose | 06B | Individual/O |
| Call | 6B0 | INSTALLMENT |

**Interest**
| | |
|---|---|
| Prime/Tiered Rate N | 12.00000 % |
| Per Diem | 7.037376666 |
| Accrued Int | .00 |
| Paid YTD | .00 |

**Past Due Data**
| | | | | | | |
|---|---|---|---|---|---|---|
| Credit Boundaries | 010 | 030 | 060 | 090 | 120 | 000 |
| Times Late | 01 | 01 | 00 | 00 | 00 | 04 |
| Days Late | 00000 | Repo Ind | | | | |
| Nbr/Pmts Ext d | 00 00 | Renewals | 00 | | | |