1  **NAUTA_M.ntc**

2  LEONARDO M. RAPADAS
   United States Attorney
3  MIKEL W. SCHWAB
   Assistant U.S. Attorney
4  JESSICA F. CRUZ
   Assistant U.S. Attorney
5  Sirena Plaza, Suite 500
   108 Hernan Cortez Avenue
6  Hagåtña, Guam 96910-5059
   TEL: (671) 472-7332
7  FAX: (671) 472-7215

8  Attorney's for United States of America

9

10 IN THE UNITED STATES DISTRICT COURT

11 FOR THE NORTHERN MARIANA ISLANDS

12

13 UNITED STATES OF AMERICA,           )   CRIMINAL CASE NO. 05-00013
                                       )
14            Plaintiff,               )
                                       )   NOTICE OF HEARING ON
15       v.                            )   PETITION FOR CREDIT OF
                                       )   PAYMENT
16 MONESSA P. NAUTA,                   )
                                       )
17            Defendant.               )
   _____)

18

19

20     Notice is hereby given that on March 12, 2008 at 8:30 a.m., a Hearing on the United

21 States's Petition for Credit of Payment (electronically filed with the Clerk of Court using the

22 CM/ECF system on February 25, 2008) will be held.

23 //

24 //

25 //

26 //

27 //

28 //

Defendant, MONESSA P. NAUTA, shall notify the Court and Plaintiff in writing of any opposition on or before March 7, 2008. If there is no written objection or if Defendant, MONESSA P. NAUTA, fails to appear on the scheduled hearing date, the United States may request an entry of an order granting the petition for credit of payments.

DATED this 28th day of February, 2008.

                                  LEONARDO M. RAPADAS  
                                  United States Attorney  
                                  Districts of Guam and the NMI

By:   /s/ Mikel W. Schwab  
       MIKEL W. SCHWAB  
       Assistant U.S. Attorney  
       mikel.schwab@usdoj.gov  
       JESSICA F. CRUZ  
       Assistant U.S. Attorney  
       Jessica.F.Cruz@usdoj.gov