UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

CR-05-00013                                                                  March 12, 2008
                                                                             8:30 a.m

**UNITED STATES OF AMERICA -v- MONESSA P. NAUTA**

PRESENT:    HON. ALEX R. MUNSON, Chief Judge Presiding
            SANAE SHMULL, Court Reporter
            K. LYNN LEMIEUX, Deputy Clerk
            JESSICA CRUZ, Assistant U. S. Attorney (Guam by telephone)
            LOREN SUTTON, Attorney for Defendant

PROCEEDING:   Petition for Credit Payment

    Government by Jessica Cruz, AUSA.  Defendant was represented by Attorney Loren Sutton.

    Government moved that the $31, 559.79 received from the foreclosure proceedings in this case be credited toward the restitution obligation.  No opposition by the Defense.

    Court granted the Petition.

                                                               Adjourned  at 8:35 a.m.


                                                              /s/K. Lynn Lemieux, Courtroom Deputy