```
                                              FILED
                                              Clerk
                                          District Court
1  Nauta_M.ord
                                          MAR 12 2008
2  LEONARDO M. RAPADAS
   United States Attorney                For The Northern Mariana Islands
3  MIKEL W. SCHWAB                       By_____
   Assistant U.S. Attorney                    (Deputy Clerk)
4  JESSICA F. CRUZ
   Assistant U.S. Attorney
5  Sirena Plaza, Suite 500
   108 Hernan Cortez Avenue
6  Hagåtña, Guam 96910-5059
   TEL: (671) 472-7332
7  FAX: (671) 472-7215
```

Attorney's for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 05-00013 |
|---|---|---|
| Plaintiff, | ) | |
| | ) | O R D E R |
| v. | ) | |
| | ) | Re: United States Petition for |
| MONESSA P. NAUTA, | ) | Credit of Payments |
| | ) | |
| Defendant. | ) | |

Based upon the Plaintiff's Petition for Credit of Payments Fee, the Court hereby orders the amount of $31,559.79 shall be credited towards defendant's restitution obligation in Criminal Case No. 05-00013 and the amount owed to restitution recipient, BankPacific.

SO ORDERED, this 12TH day of March, 2008.

_____
ALEX R. MUNSON
Chief Judge
District Court for the Northern
Mariana Islands