UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

F I L E D
Clerk
District Court

SEP - 9 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff | )<br>)<br>) | CRIMINAL CASE NO. 05-00013-001 |
| vs. | )<br>)<br>) | **REQUEST TO TRAVEL** |
| MONESSA P. NAUTA,<br>　　　　Defendant. | )<br>)<br>) | |

  On June 21, 2005, Monessa P. Nauta was sentenced to four years of probation for the offense of Conspiracy to Commit Bank Fraud, in violation of 18 U.S.C. §§ 371 and 1344(1). The conditions of her probation include the following: not commit another federal, state, or local crime; not unlawfully possess a controlled substance and refrain from any unlawful use of a controlled substance; submit to one drug test within 15 days after sentencing and at least two periodic tests thereafter; submit to the collection of a DNA sample at the direction of the U.S. Probation Office; comply with the standard conditions of probation as set forth by the U.S. Sentencing Commission and codified under 18 U.S.C. § 3563; not possess a firearm or other dangerous weapon and not have such weapon at her residence; notify the court of any material change in her economic circumstances that might affect her ability to pay restitution; not incur new credit charges or open additional lines of credit without prior approval of the probation officer; provide the probation officer access to any requested financial information; participate in a program approved by the U.S. Probation Office for substance abuse, which may include testing to determine whether she has reverted to the use of drugs or alcohol; make co-payment for the program at a rate to be determined by the U.S. Probation Office; refrain from the use of all alcoholic beverages; obtain and maintain gainful employment; perform 200 hours of community service; and pay a $100 special assessment fee and $32,454.78 in restitution to Bank Pacific.

Request to Travel
RE: NAUTA, Monessa P.
September 9, 2008

  On February 9, 2006, Ms. Nauta's probation conditions were modified to include that she submit to a maximum of eight drug tests per month at the direction of the U.S. Probation Office. On December 3, 2007, conditions were again modified to include that she prepare a six-page paper on the dangers of methamphetamine and present that paper to the Probation Officer. On January 3, 2008, her probation was revoked for 30 days and two years of supervised release was ordered to follow. On June 2, 2008, Ms. Nauta's conditions were again modified to include that she participate in a mental health program under the direction of the U.S. Probation Office.

  Ms. Nauta has had difficulty throughout her terms of probation and supervised release. Recently, however, she has stabilized and is in moderate compliance with her conditions. On February 25, 2008, she presented her six-page paper on the dangers of methamphetamine to this officer. On March 10, 2008, she met with Dr. Judith Avery from Marianas Psychiatric Services and submitted to a mental health evaluation. On March 12, 2008, her restitution balance was reduced to $804.99 due to a large credit applied from the foreclosure of her property by Bank Pacific. Ms. Nauta has struggled with transportation problems and has been unable to secure employment. She has requested to transfer to the District of Guam to reunite with her significant other. Additionally, she has employment prospects available upon her arrival. The District of Guam completed an investigation and has agreed to accept her supervision. At this time, this officer requests that the court allow Ms. Nauta to travel to Guam on September 11, 2008 and remain in that district for the duration of her supervision.

  RESPECTFULLY submitted this 9th day of September, 2008.

             Respectfully submitted,

             ROSSANNA VILLAGOMEZ-AGUON
             Chief U.S. Probation Officer

         By:
             MELINDA N. BRUNSON
             U.S. Probation Officer

Reviewed by:

CARMEN D. O'MALLAN
U.S. Probation Officer Specialist
Supervision Unit Leader