| PROB 37 (Rev. 7/71) | UNITED STATES DISTRICT COURT<br>FEDERAL PROBATION SYSTEM<br>**PERMISSION TO TRAVEL** | ADDRESS OF PROBATION OFFICE<br>U.S. PROBATION OFFICE<br>Horiguchi Building, Rm. 4D<br>P.O. Box 502089 CK<br>Saipan, MP 96950<br>Tel: (670) 236-2989<br>Fax: (670) 236-2992 |
|---|---|---|



NAUTA, Monessa
USDC Cr. Cs. 05-00013-001
DOB: xx-xx-1981
SSN: xxx-xx-2381

DATE  September 9, 2008

FILED
Clerk
District Court

SEP - 9 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

YOU ARE AUTHORIZED TO TRAVEL TO     **Guam**

LEAVING  **September 11, 2008**    AND RETURNING   n/a

WITHIN 24 HOURS AFTER YOUR RETURN YOU WILL CONTACT THIS OFFICE.

PURPOSE OF THIS TRIP:
Relocation to the District of Guam.

SPECIAL INSTRUCTIONS:   (INCLUDE REQUIREMENT OF CRIMINAL REGISTRATION ORDINANCES IN TRAVEL AREA. ALSO INCLUDE INSTRUCTIONS FOR REPORTING IN DESTINATION DISTRICT.)

1. You shall report to the U.S. Probation Office, District of Guam, within 72 hours of your arrival on Guam.

COPY MAILED TO CHIEF PROBATION OFFICER IN
DISTRICT OF DESTINATION:

NAME  Rossanna Villagomez-Aguon, CUSPO
ADDRESS  2nd Floor, U.S. Courthouse, 520 W. Soledad Ave.
Hagatna, Guam 96910

_____
MELINDA N. BRUNSON
UNITED STATES PROBATION OFFICER

☒ APPROVED     ☐ DISAPPROVED

_____
HONORABLE ALEX R. MUNSON
CHIEF JUDGE
U.S. DISTRICT COURT OF THE N.M.I.